

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-18-00355-CV

**IN THE ESTATE OF MARY JANE HARGROVE, DECEASED**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 6430
Honorable Sid L. Harle, Judge Presiding

## O R D E R

By order dated September 26, 2018, appellant was ordered to show cause in writing why this appeal should not be dismissed for want of prosecution based on appellant's failure to timely file his brief. On September 28, 2018, appellant's attorney filed a written response stating the deadline for filing the brief was inadvertently overlooked and requesting an extension of time to file the brief. The request is GRANTED. Appellant's brief must be filed no later than October 29, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court